IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL D. GALLOWAY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **00-106-CJP** |
| | ) | |
| **MAYFLOWER CONTRACT SERVICES,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

 Attorney M. Anne Hannigan checked out the record on July 6, 2004.  Repeated efforts to have the record returned to the Court have been unsuccessful.

**IT IS THEREFORE ORDERED** that on or before **May 22, 2006**, attorney Hannigan shall return the record to the Clerk of Court.  The record should be sent via a mail delivery service that uses a tracking system, as counsel remains responsible for the record until it is received by the Clerk of Court.  Failure to return the record may result in sanctions being imposed.

The Clerk of Court shall send a copy of this order to: M. Anne Hannigan, Suite 3009, 777 North Michigan Avenue, Chicago, IL 60617.

**IT IS SO ORDERED.**

**DATED:  May 9, 2006**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**